# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEPHEN BENNETT**                                                                                                 **PLAINTIFF**

**VS.**                       **CASE NO. 4:18CV00048 SWW/PSH**

**NANCY A. BERRYHILL,**
**Acting Commissioner, Social**
**Security Administration**                                                     **DEFENDANT**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court Clerk within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Stephen Bennett ("Bennett") is an attorney who represents Social Security claimants. Bennett brought this action January 19, 2018, seeking extraordinary relief in the nature of a Writ of Mandamus. Specifically, Bennett cited two cases in which he represented claimants, earning an award of attorney's fees in each instance. Bennett alleged the fees were unpaid by defendant Nancy A. Berryhill ("Berryhill"). Berryhill filed an unopposed motion to dismiss on

February 22, 2018, informing the Court that attorney fee payments have now been issued in both cases. Berryhill represents that Bennett has no objection to the motion. The Court therefore recommends that the motion to dismiss (docket entry no. 3) be granted

    IT IS SO ORDERED this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE