## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**Stephen Bennett**                                                                    **Plaintiff**

**v.**                          **No. 4:18-cv–00048-SWW-PSH**

**Nancy A. Berryhill, Acting Commissioner,**
**Social Security Administration**                                        **Defendant**


### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Accordingly, the Commissioner's unopposed motion to dismiss [doc.#3] is granted.


IT IS SO ORDERED this 3rd day of April, 2018.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE