# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**Stephen Bennett**                                                  **Plaintiff**

**v.**                **No. 4:18-cv–00048-SWW-PSH**

**Nancy A. Berryhill, Acting Commissioner,**
**Social Security Administration**                            **Defendant**

## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered, and Adjudged that this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of April, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE